**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01503-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER

The Court has received a letter from relator requesting the return of the exhibits filed with this Court in a number of cases. We treat the letter as a motion for the return of the exhibits and **DENY** the motion.

/s/    JIM MOSELEY
           JUSTICE